### 31562. WHITE v. ATLANTA PARKING SERVICE COMPANY.

PER CURIAM.

On further consideration of the record in the present case, this court holds that the application for writ of certiorari was improvidently granted, and accordingly this case is dismissed.

*Dismissed. All the Justices concur.*

ARGUED NOVEMBER 8, 1976 — DECIDED NOVEMBER 24, 1976.

*White & Jewett, Robert John White,* in propria persona.

*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, James H. Coil, III, D. Lurton Massee, Jr.,* for appellee.